**Order entered November 30, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-15-00780-CV

### NYLONDAJAZZ SHARNESE, Appellant

### V.

### ULTIMA REAL ESTATE, INC., A TEXAS COMPANY, ET AL., Appellees

**On Appeal from the County Court at Law No. 3**
**Collin County, Texas**
**Trial Court Cause No. 003-00174-2014**

## ORDER

Before the Court is appellant's November 12, 2015 motion to order the court reporter to file the reporter's record. On November 17, 2015, we granted the court reporter's motion for an extension of time to December 14, 2015 to file the reporter's record. Accordingly, we **DENY** appellant's motion as moot.

/s/    ELIZABETH LANG-MIERS
        JUSTICE